# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

───────────

No. 99-3841

───────────

Gloria J. Goodwin,                              *
                                                *
            Appellant,                          *    Appeal from the United States
                                                *    District Court for the
      v.                                        *    Western District of Arkansas.
                                                *
Phillips Petroleum Company,                     *            [UNPUBLISHED]
                                                *
            Appellee.                           *

───────────

Submitted:  April 14, 2000
    Filed:  April 25, 2000

───────────

Before BOWMAN, MAGILL, and HANSEN, Circuit Judges.

───────────

PER CURIAM.

Gloria J. Goodwin, who owns a partial interest in certain real property, brought an action against Phillips Petroleum Company to recover response costs under the Comprehensive Environmental Response, Compensation and Liability Act, 42 U.S.C. § 9601 et seq. The District Court[1] dismissed the complaint, without prejudice, for failure to join in the action all persons owning an interest in the property. The District

───────────────

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

Court found that each of Goodwin's co-tenants is an indispensable party and determined that Goodwin's suit cannot proceed in their absence.

For reversal, Goodwin makes a number of arguments, all attacking in one way or another the District Court's dismissal of the action for failure to join the co-tenants. We have considered all of these arguments and find them lacking in merit. For the same reasons as those given by the District Court, the order of that court dismissing Goodwin's action without prejudice is

AFFIRMED. See 8th Cir. R. 47B.

All pending motions are denied.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.